JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ROCIO FAJARDO, et al, <br><br> Defendants. | CASE NO. 8:20-cv-01898-WDK-JC <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC, and Defendants Rocio Fajardo, Leticia Gloria Gonzalez and Mariscos Las Gueritas, LLC, that the above-entitled action is hereby dismissed **without prejudice** against Rocio Fajardo, Leticia Gloria Gonzalez and Mariscos Las Gueritas, LLC.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 21, 2021, the dismissal shall be deemed to be **with prejudice.**

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: 8-4-2021

**The Honorable William D. Keller
United States District Court
Central District of California**